IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RAUL CHAVEZ, § | | |
| Reg. No. 22601-014, § | | |
| Petitioner, § | | |
| § | | |
| v. § | | Cause No. EP-24-CV-4-KC |
| § | | |
| WARDEN, FCI La Tuna – FBOP, § | | |
| Respondent. § | | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Raul Chavez's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order.

**IT IS FURTHER ORDERED** that Raul Chavez's civil case is **CLOSED**.

**SIGNED this 4th day of March, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE